# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1790
LT Case No. 2019-CA-8617

_____

AVA ELECTRIS CANNIE a/k/a EVA
HELENE CANNIE,

     Appellant,

     v.

CITY OF JACKSONVILLE, STATE
OF FLORIDA, and OFFICE OF THE
STATE ATTORNEY, FOURTH
JUDICIAL CIRCUIT,

     Appellees.

_____

On appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

Ava Electris Cannie a/k/a Eva Helene Cannie, Jacksonville,
pro se.

Brett G. Mereness, Assistant General Counsel, of Office of
General Counsel, Jacksonville, for Appellee, City of
Jacksonville.

Ashley Moody, Attorney General, and Mykhaylo Vsevolodskyy,
Assistant Attorney General, Tallahassee, for Appellees, State of
Florida and State Attorney's Office Fourth Judicial Circuit.

April 30, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____